**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARCELINO CASTRO,**<br><br>Plaintiff,<br><br>vs.<br><br>**GARDNER TRUCKING, INC.,**<br><br>Defendant. | CASE NO. 20-CV-5473-YGR<br><br>**ORDER VACATING DISCOVERY AND MOTION DEADLINES AND SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 30 |

The Court is in receipt of the parties' joint stipulation to continue all deadlines at least by at least four months. (Dkt. No. 30.) The Court hereby **VACATES** all pending discovery and motion deadlines and **SETS** a compliance deadline of **9:01 a.m.** on **Friday, September 3, 2021**. Five (5) business days prior to the date of the compliance deadline, the parties shall file a joint proposed schedule. If compliance is complete, the compliance deadline will be taken off calendar. Accordingly, the stipulation is **GRANTED IN PART AND DENIED IN PART**.

This terminates Docket Number 30.

**IT IS SO ORDERED.**

Dated: August 13, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**