United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATNEY-TATE,<br><br>  Plaintiff,<br><br>   v.<br><br>GARDNER TRUCKING, INC., et al.,<br><br>  Defendants. | Case No. 21-cv-07474-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Castro v. Gardner Trucking, Inc.*, 20-cv-05473-YGR.

**IT IS SO ORDERED.**

Dated: October 1, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge