UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN JENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CRST EXPEDITED, INC.,<br><br>    Defendant. | Case No. 21-cv-07741-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Castro v. Gardner Trucking, Inc.*, Case No. 20-cv-05473-YGR.

**IT IS SO ORDERED.**

Dated: October 7, 2021



JON S. TIGAR
United States District Judge