**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARCELINO CASTRO,**<br><br>Plaintiff,<br><br>vs.<br><br>**GARDNER TRUCKING, INC.,**<br><br>Defendant. | Case No. 4:20-CV-5473-YGR |
| **KASPER LEUZINGER,**<br><br>Plaintiff,<br><br>vs.<br><br>**GARDNER TRUCKING, INC., ET AL.,**<br><br>Defendants. | Case No. 4:21-CV-4952-YGR |
| **WILLIAM MATNEY-TATE,**<br><br>Plaintiff,<br><br>vs.<br><br>**GARDNER TRUCKING, INC., ET AL.,**<br><br>Defendants. | Case No. 4:21-CV-7474-YGR |
| **MICHAEL ALLEN JENSEN,**<br><br>Plaintiff,<br><br>vs.<br><br>**CRST EXPEDITED, INC.,**<br><br>Defendant. | Case No. 4:21-CV-7741-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AND GRANTING MOTION TO CONSOLIDATE**<br><br>Re: Dkt. Nos. 11, 19 |

Currently pending in this wage-and-hour putative class action are (1) defendant's motion to dismiss under the first-to-file rule and/or to transfer (Dkt. No. 11); and (2) plaintiff's motion to consolidate this action with *Castro v. Gardner Trucking, Inc.*, No. 20-CV-5473-YGR (Dkt. No. 19). Having carefully considered the pleadings, the briefing on the motions, and for the reasons stated on

the record at the November 30, 2021 hearing, the Court **DENIES** the motion to dismiss and **GRANTS** the motion to consolidate.  This action is hereby **CONSOLIDATED** with the *Castro* action and **ADMINISTRATIVELY CLOSED**.

For the avoidance of doubt, *Leuzinger v. Gardner Trucking, Inc., et al.*, No. 21-CV-4952-YGR is hereby **CONSOLIDATED** with the *Castro* action and **ADMINISTRATIVELY CLOSED**.  It is **FURTHER ORDERED** *sua sponte* that *Matney-Tate v. Gardner Trucking, Inc., et al.*, No. 21-CV-7474-YGR, is hereby **CONSOLIDATED** with the *Castro* action and **ADMINISTRATIVELY CLOSED**.  The *Castro* action shall be deemed the Lead Case in which all papers shall be filed therein.  The Court hereby **SETS** a case management conference for **January 10, 2022**, at **9:00 a.m.**  Five business days prior, the parties are directed to file an updated case management statement.

**IT IS SO ORDERED.**

Dated: **December 1, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**